Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION

| | |
|---|---|
| **Offender Name:** | Francisco Javier LAUREANO |
| **Docket Number:** | 1:10CR00468-01 |
| **Offender Address:** | Turlock, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/03/2008 |
| **Original Offense:** | 8 USC 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(I) - Conspiracy to Transport Unlawful Aliens (CLASS C FELONY) |
| **Original Sentence:** | 30 months custody of the Bureau of Prisons; 36 month term of supervised release; $100 special assessment. |
| **Special Conditions:** | 1) Drug/alcohol treatment and testing; 2) Obtain GED; 3) Nighttime restrictions; and 4) Driving restrictions. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 06/11/2010 (original release date)<br>10/07/2011 (release date after revocation)<br>09/28/2012 (release date after revocation) |
| **Assistant U.S. Attorney:** | Kimberly A. Sanchez    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann H. Voris    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| **11/19/2010:** | Jurisdiction transferred from the Southern District of Texas to the Eastern District of California. |
| **12/23/2010:** | Form 12C Petition filed with the Court this date alleging the offender violated the conditions of his supervised release as a result of his participation in a new law violation, association with prohibited person(s), failure to notify of change of address, unlawful use of a controlled substance, and failure to be present at home each night. Arrest warrant issued. |

RE:    Francisco Javier LAUREANO
       Docket Number:  1:10CR00468-01
       PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION

| | |
|---|---|
| **02/10/2011:** | Warrant executed this date by United States Marshals. |
| **02/24/2011:** | Offender admits to charges 1, 2, and 4, as alleged in the Form 12C Petition filed with the Court on December 23, 2010. |
| **04/04/2011:** | 8 months custody of the Bureau of Prisons followed by a 28-month term of supervised release. **Special conditions include:** Submit to search; Financial disclosure; Drug/alcohol treatment and testing; Abstain from the use of alcohol; Aftercare co-payment; Not change residence without probation officer approval; Report all vehicles owned, or having an interest in, to the probation officer; Enroll and participate in an educational program designed to receive a high school diploma or its equivalency; Complete up to 20 hours of unpaid community service per week until employed for at least 30 hours per week or participate in a previously approved educational or vocational program. |
| **03/28/2012:** | Case reassigned to the Honorable Anthony W. Ishii. |
| **04/03/2012:** | Form 12C Petition filed with the Court this date alleging the offender violated the conditions of his supervised release as a result of his unlawful use of a controlled substance and failure to participate in both drug and alcohol counseling and testing. |
| **05/02/2012:** | Offender ordered detained as a result of his ongoing marijuana use. |
| **05/11/2012:** | Offender admits to Charges 1 and 3, as alleged in the Form 12C Petition filed with the Court on April 3, 2012. |
| **06/18/2012:** | 5 months custody of the Bureau of Prisons followed by a 12-month term of supervised release. **Special conditions include:** Submit to search; Financial disclosure; Drug/alcohol treatment and testing; Abstain from the use of alcohol; Aftercare co-payment; Not change residence without probation officer approval; Report all vehicles owned, or having an interest in, to the probation officer; Complete up to 20 hours of unpaid community service per week until employed for at least 30 hours per week or participate in a previously approved educational or vocational program; Participate in an inpatient treatment program for a period of 180 days; Enroll and participate in an educational program designed to receive a high school diploma or its equivalency. |

RE: **Francisco Javier LAUREANO**
 **Docket Number: 1:10CR00468-01**
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

Special Condition Number 10, imposed by the Court on June 18, 2012, be modified as follows:

10. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of **up to** 180 days, to include an additional up to 10 days for substance abuse detoxification services if deemed necessary.

**Justification:** As noted in the Dispositonal Memorandum dated June 11, 2012, it was the undersigned's recommendation and the Court's intention for Mr. Laureano to reside and actively participate in an inpatient correctional treatment program for a period of up to 180 days. This modification is being requested to afford Mr. Laureano the opportunity to discontinue his participation in inpatient drug and alcohol treatment, prior to the completion of 180 days, if deemed appropriate by the undersigned.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**
Telephone: (209) 574-9429

**DATED:** November 30, 2012
 Modesto, California
 PRH/lr

**REVIEWED BY:** /s/ Jack C. Roberson
 **Jack C. Roberson**
 **Supervising United States Probation Officer**

RE: **Francisco Javier LAUREANO**
 **Docket Number: 1:10CR00468-01**
 **PETITION TO MODIFY THE CONDITIONS OR TERM**
 **OF SUPERVISION**

---

**THE COURT ORDERS:**

( **X** )  Modification approved as recommended.

(   )  Modification not approved at this time. Probation Officer to contact Court.

(   )  Other:

IT IS SO ORDERED.

Dated:   November 30, 2012

                                                                                    
UNITED STATES DISTRICT JUDGE

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD